IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

SYNDICATED CAPITAL GROUP, INC.,
a Florida corporation,

    Plaintiff,

v.                                  CASE NO.: 1:09cv20-SPM/AK

FEDERAL INSURANCE COMPANY,
an Indiana corporation, and,
GREAT NORTHERN INSURANCE
COMPANY, an Indiana corporation,

    Defendants.
_____/

## ORDER OF DISMISSAL

Pursuant to the Notice of Settlement (doc. 41) and Northern District of Florida Local Rule 16.2(D), it is

ORDERED AND ADJUDGED:

1.    This case is dismissed with prejudice.

2.    The Court retains jurisdiction for a period of 60 days, during which time any party may move to reopen for good cause shown.

DONE AND ORDERED this 5th day of August, 2009.

                                      *s/ Stephan P. Mickle*
                                      Stephan P. Mickle
                                      Chief United States District Judge